1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

14  SHARON HUBBARD,                        ) CV 12-05782-R (SH)
                                           )
15                                         ) ORDER ACCEPTING AMENDED
                        Plaintiff,         ) REPORT AND RECOMMENDATION
16                                         ) OF UNITED STATES MAGISTRATE
        v.                                 ) JUDGE
17                                         )
    MICHAEL J. ASTRUE, Comm.               )
18  Social Security Administration,        )
                                           )
19                                         )
                        Defendant,         )
20  _____   )

21        Pursuant to 28 U.S.C. §636(b)(1)(B), the Court has reviewed the pleadings

22  and other papers herein along with the attached Amended Report and

23  Recommendation of United States Magistrate Judge, and has made a de novo

24  determination of the Amended Report and Recommendation.

25        IT IS ORDERED that (1) the Amended Report and Recommendation is

26  approved and accepting as the Fact and Conclusions of Law herein; and (2)

27  Judgment be entered dismissing plaintiff's Complaint.

28

1

1      IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of

2  this Order, the Magistrate Judge's Amended Report and Recommendation and the

3  Judgment by United States mail on the plaintiff and on the United States Attorney

4  for the Central District of California.

5  DATED:   March 4, 2013

6

7

8  _____

9              MANUEL L. REAL
       UNITED STATES  DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28