UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

SHARON HUBBARD,  ) CV 12-05782-R (SH)
              )
    Plaintiff,   ) JUDGMENT
  v.            )
              )
MICHAEL J. ASTRUE, )
Commissioner of Social Security )
Administration, )
              )
    Defendant.  )
_____ )

IT IS ADJUDGED IT IS ADJUDGED that the decision of the Commissioner is affirmed and the Complaint is dismissed.

DATED: __March 4, 2013__

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE